DAVID CHIU, State Bar #189542
City Attorney
JENNIFER CHOI, State Bar #184058
Chief Trial Deputy
ZUZANA S. IKELS, State Bar # 208671
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3307
Facsimile: (415) 554-3837
E-Mail: Zuzana.Ikels@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
RYAN PRASADI, RYAN GONZALEZ, AND
LUIS CARVAJAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HOGAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; FNU GONZALEZ (#592), individually and in his official capacity as a police officer for the San Francisco Police Department; FNU PRASADI (#1024), individually and in his official capacity as a police officer for the San Francisco Police Department; FNU CARVAJAL (#2425), individually and in his official capacity as a police officer for the San Francisco Police Department; and DOES 1-25, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No. 25-cv-10753-CRB<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CORRECT CASE MANAGEMENT SCHEDULING ORDER; AND ~~[PROPOSED]~~ CORRECTED CASE MANAGEMENT SCHEDULING ORDER**<br><br>**[N.D. Cal. Local Rule, Rules 7-11 and 7-12]** |

Pursuant to Local Rules 7-11 and 7-12, Plaintiff Lester Hogan and Defendants City And County Of San Francisco, Ryan Prasadi, Ryan Gonzalez, and Luis Carvajal, collectively the "Parties" hereby jointly move the Court to enter a "Corrected Case Management Order" to correct the

typographical error in the Court's CMC Order, issued on July 23, 2026 (Dkt. No. 29). Specifically, the Deadline to File Dispositive Motions incorrectly states: January 21, *2027*, when it should be: January 21, 20**28**.

The Parties have agreed and stipulated and, on that basis, jointly request that the Court enter the Corrected Case Management Order to reflect the accurate date.

IT IS SO STIPULATED.

Dated: August 13, 2026

DAVID CHIU
City Attorney
JENNIFER CHOI
Chief Trial Deputy
ZUZANA S. IKELS
Deputy City Attorney

By: *\/s/ Zuzana Ikels*
ZUZANA S. IKELS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, RYAN PRASADI, RYAN GONZALEZ, AND LUIS CARVAJAL

Dated: August 13, 2026

**BURRIS NISENBAUM CURRY & LACY, LLP**

/s/ *Brandon Yee*
John L. Burris, Esq.
Brandon Yee, Esq.
Attorneys for Plaintiff
LESTER HOGAN

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, the Corrected Case Management Order as to the Schedule is as follows:

| **Case Management Event** | **Dates** |
|---|---|
| Close of Non-Expert Discovery | September 30, 2027 |
| Expert Disclosure | October 15, 2027 |
| Rebuttal Expert Disclosure | October 29, 2027 |
| Close of Expert Discovery | November 15, 2027 |
| Deadline to File Dispositive Motions | January 21, 2028 |
| Dispositive Motion Hearing Date | April 28, 2028 |
| Pretrial Conference Statement | TBD |
| Pretrial Conference | TBD |
| Trial | TBD |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2026

THE HONORABLE JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA